1  LEE A. DRESIE (SBN 105612)
   LDresie@GreenbergGlusker.com
2  RACHEL VALADEZ (SBN 252415)
   RValadez@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
4  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
5  Telephone: 310.553.3610
   Fax: 310.553.0687
6
7  Attorneys for Defendant
   MARY GOLDENSON

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10

11 NED W. BRANTHOVER,                Case No. CV 12-00042 JAK (PJWX)

12         Plaintiff,                [PROPOSED] ORDER RE:
                                     STIPULATION OF DISMISSAL
13     v.                            WITHOUT PREJUDICE

14 MARY GOLDENSON,

15         Defendant.                Assigned To: Hon. John A. Kronstadt

16

[left margin: GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP / 1900 Avenue of the Stars, 21st Floor / Los Angeles, California 90067-4590]

31916-00002/1865153.1

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Based on the Stipulation of the Parties to Dismiss this Action Without Prejudice (the "Stipulation"),

IT IS HEREBY ORDERED as follows:

1. This action is dismissed without prejudice; and

2. The Court shall retain jurisdiction to enforce the settlement agreement referenced in the Stipulation.

DATED: OCT - 4 2012 ,~~2012~~

Hon. John A. Kronstadt
United Stated District Judge