LEE A. DRESIE (SBN 105612)
LDresie@GreenbergGlusker.com
RACHEL VALADEZ (SBN 252415)
RValadez@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
MARY GOLDENSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NED W. BRANTHOVER,<br><br>   Plaintiff,<br><br>v.<br><br>MARY GOLDENSON,<br><br>   Defendant. | Case No. CV 12-00042 JAK (PJWX)<br><br>[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITHOUT PREJUDICE<br><br>Assigned To: Hon. John A. Kronstadt |

Based on the Stipulation of the Parties to Dismiss this Action Without Prejudice (the "Stipulation"),

IT IS HEREBY ORDERED as follows:

1. This action is dismissed without prejudice; and
2. The Court shall retain jurisdiction to enforce the settlement agreement referenced in the Stipulation.

DATED: OCT - 4 2012

Hon. John A. Kronstadt
United Stated District Judge